September 7, 2017

In reference to Courtney Ible claims of my offering $500 to her to settle overtime pay is a false statement. At no time did I offered Courtney money. Courtney did come to the office there was an altercation pertaining to needing paperwork filled out for public assistance, at that time I explained I could not fill out her paperwork only Andrea, the office manager, could fill out papers. She became belligerent and I felt threatened so I called TJ and we also called the police. TJ did come over and stayed with us in the office and asked her to please leave the premises that the police have been called.

Nancy Camp

*Nancy Camp* (signature)

On May 3, 2017 approximately 9 o'clock in the morning.
Courtney came into the Actikare office located at 7292 Sunshine Grove Rd. Courtney was accompanied by her toddler son. She came in unannounced. She had a piece of paper in her hand and she wanted us to sign it for her unemployment assistance. Nancy politely explained to Courtney, that Andrea would be in around noon; and asked her if she could come back at that time so that Andrea could fill out and sign her paperwork. At that point Courtney began to yell and call Nancy names saying, Courtney yelled" why didn't anyone tell me before I got here that Andrea was not going to be here!".  I explained to Courtney that one of us would have let her know; if she would have called ahead of time.  Courtney became more irate and started making false accusations about calling both Nancy and I names.  I then asked her to please leave. She refused to leave so I called the sheriffs office. Nancy call Tj and he came to the office to rectify the problem, before he could say anything to her she started yelling at him.  I was still talking to the Sheriff's department at the time. She claimed that she would wait for the police to get here and then proceeded to leave with her son in her arms. She waited in her car in the parking lot. Tj locked the door to the office and waited for the law to arrive. Courtney drove off before the Sheriff came.

Patria Owens
9/7/2017

On May 3, 2017 I was contacted by Care Coordinator, Nancy Camp who stated that she was in the office with a belligerent employee and felt threatened because she was refusing to leave with out having a paper signed for public assistance. I headed over to the office and asked the employee to leave. She began calling Nancy, Patria and myself derogatory names. At that time Patria could be heard contacting law-enforcement. She stated she not care if the police were contacted. She had her young son with her who appeared to be upset. She walked out of the office, continued to yell and throw her hands up and proceeded to leave prior to HCSO arriving. The officer instructed Patria and Nancy to contact him back if Courtney came back. At no time did i become hostile. At no time did I offer any money or "settlement" to Courtney during this incident or any other time.

T.J. Hedick