| Detail For Response ID: 2349842861811826703 ||
|---|---|
| Creation Date And Time | 05/03/2017 09:30:26 |
| First Dispatched | 05/03/2017 09:31:37 [71s Create To Dispatch] |
| First Arrived | 05/03/2017 09:46:41 [904s Dispatch To Arrived] |
| Sequence Number | HCSO:2017:115558 |
| Primary Resource | 1110<br>Boylan, James (HCSO362) |
| Status | Disposed |
| Response Type | Disturbance Verbal |
| Location | 7292 SUNSHINE GROVE RD, BROOKSVILLE, 34613 (JACQUELINE RD/CHAMBORD ST) |
| Address | 7292 SUNSHINE GROVE RD |
| Zone | 1-2 |
| Priority | 3 Priority 3 |
| Call Origin | P911 |
| Caller Name | VERIZON WIRELESS |
| Caller Number | 813 802-1729 |
| Case Numbers | |
| Disposition Codes | _Assistance Rendered |
| Special Events | |

111009:35:40:45:50:5510:00:0510-5110-97

| First Statuses Per Resource |||
|---|---|---|
| 1110 | Dispatch | 05/03/2017 09:31:37 |

| 1110 | 10-51 | 05/03/2017 09:31:49 |
| 1110 | 10-97 | 05/03/2017 09:46:41 |
| 1110 | 10-98 | 05/03/2017 10:07:16 |

### Notes

| | | | |
|---|---|---|---|
| 05/03/2017 09:29:14 | npersico | POSITION10 | [8138021729] *****ACTKARE HOME HEALTH |
| 05/03/2017 09:29:23 | npersico | POSITION10 | [8138021729] Describe the incident--EMPLOYEE BEING HOSTILE |
| 05/03/2017 09:29:27 | npersico | POSITION10 | [8138021729] Business, residence or vacant land?--BUSINESS |
| 05/03/2017 09:30:11 | npersico | POSITION10 | [8138021729] Describe all suspects/subjects one at a time - names if known. (Description - top to bottom)--COURTNEY IBLE BF APPROX 27 YO....GRY SHIRT |
| 05/03/2017 09:30:22 | npersico | POSITION10 | [8138021729] What are they doing?--YELLING IN THE OFFICE.... |
| 05/03/2017 09:30:46 | npersico | POSITION10 | SUBJ IS ANGRY BECAUSE THE EMPLOYEE WILL NOT SIGN OFF ON HER WORK...WAS ASKED TO CALL BACK AT 1000 HRS |
| 05/03/2017 09:31:17 | npersico | POSITION10 | What is the vehicle description? (Description - CYMBALS)--BLU GRAND MARQUIS N486VL |
| 05/03/2017 09:31:22 | npersico | POSITION10 | Contact Information--1025 PATREA OWENS |
| 05/03/2017 09:31:39 | npersico | POSITION10 | LINE D/C |
| 05/03/2017 10:01:11 | jboylan | HCSO-07451 | subject had left prior to my arrival / i'm with the comp now |
| 05/03/2017 10:03:18 | whunt1 | POSITION13 | 10-26 |
| 05/03/2017 10:04:32 | jboylan | HCSO-07451 | Response HCSO:2017:115558. Call code changed from Trespass to Disturbance Verbal. |
| 05/03/2017 10:06:15 | jboylan | HCSO-07451 | I SPOKE TO THE OTHER HALF VIA PHONE / COURTNEY WELLS B/F 02/26/85 SAID SHE HAD A VERBAL WITH THE MANAGEMENT AND SHE WILL NOT BE RETURNING. |

Exhibit B - HCSO Report